HOLLAND & KNIGHT LLP
Stacey H. Wang (SBN 245195)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450
E-mail: stacey.wang@hklaw.com

Danielle N. Garno (SBN 208809)
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Tel: 305.374.8500
Fax: 305.789.7799
E-mail: danielle.garno@hklaw.com

R. David Donoghue (SBN 205730)
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
Tel: 312.578.6553
E-mail: david.donoghue@hklaw.com

Ji Mao (Pro Hac Vice)
31 West 52nd Street
New York, NY  10019
Tel: (212) 513.3420
E-mail: ji.mao@hklaw.com

Attorneys for Plaintiff
Magdalena Mollmann p/k/a Maggie Stephenson

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MAGDALENA MOLLMANN p/k/a MAGGIE STEPHENSON,<br><br>Plaintiff,<br><br>v.<br><br>ZOETOP BUSINESS CO., LTD. d/b/a "SHEIN;" and SHEIN DISTRIBUTION CORPORATION,<br><br>Defendant. | Case No.: 2:22-cv-04128-PA-GJS<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge:           Hon. Percy Anderson<br>Action Filed:  June 15, 2022 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

The parties have reached a settlement in principle and are in the process of formalizing and executing a settlement agreement. Plaintiff anticipates filing a dismissal of this action, with prejudice, within four (4) weeks. Accordingly, Plaintiff respectfully requests that the Court take all dates off calendar and retain jurisdiction for the purpose of enforcing the settlement agreement between the parties.

Dated: May 10, 2023                    HOLLAND & KNIGHT LLP

By: */s/ Stacey H. Wang*
Stacey H. Wang
Danielle N. Garno
R. David Donoghue
Ji Mao

*Attorneys for Plaintiff
Magdalena Mollmann p/k/a Maggie Stephenson*